**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brent D'Vaughn Alves, Sr. | Case No.  EDCV 25-2719 CBM (PVC) |
| Plaintiff(s)/Petitioner(s) | **ORDER RE: REPORT AND RECOMMENDATION** |
| v. | **ON REQUEST TO PROCEED** |
| San Bernardino County Sheriff, | ***IN FORMA PAUPERIS*** |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

■ accepts the findings, conclusions and recommendations of the Magistrate Judge.
☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.
☐ _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:
☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
☒ **DENIED**. This case is DISMISSED   ☐ with prejudice. ☐ without prejudice. **(JS-6).**
☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
    If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
☐ **GRANTED.**
☐ **GRANTED. IT IS FURTHER ORDERED that:**
    In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
☐ **GRANTED;**
    ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
    ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.
☐ Other:

| |
|---|
| |

Dated:    January 21, 2026          By: _~signature~_

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25          Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)

cc: Magistrate Judge Castillo